B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Murrens, John C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**AKA John Christopher Murrens** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0038** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**571 Beverly Place<br>Lake Forest, IL**<br><br>ZIP Code **60045** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br><br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box)<br><br>■ Chapter 7<br>☐ Chapter 9      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 11         of a Foreign Main Proceeding<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>                        of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br><br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."     ■ Debts are primarily<br>                                                        business debts. |

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                           Page 2

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Murrens, John C.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Angela Spalding                        April 29, 2013** <br> Signature of Attorney for Debtor(s)                    (Date) <br> **Angela Spalding 6274242** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) | Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Murrens, John C.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John C. Murrens**
Signature of Debtor  **John C. Murrens**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**April 29, 2013**
Date

#### Signature of Attorney*

X **/s/ Angela Spalding**
Signature of Attorney for Debtor(s)

**Angela Spalding 6274242**
Printed Name of Attorney for Debtor(s)

**Spalding Law Center LLC**
Firm Name

**2218 W. Chicago Ave.**
**Chicago, IL 60622**
Address

**Email: info@spaldinglawcenter.com**
**773-227-2218  Fax: 773-435-6752**
Telephone Number

**April 29, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **John C. Murrens** _____  Case No. _____

_____  Chapter    **7** _____
Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ John C. Murrens**
                      **John C. Murrens**

Date:  **April 29, 2013**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re     **John C. Murrens**                                   ,          Case No. _____

                                    Debtor

                                                                          Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 662,549.00 | | |
| B - Personal Property | Yes | 4 | 11,370.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 976,500.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 27 | | 5,597,047.72 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,990.98 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,756.00 |
| Total Number of Sheets of ALL Schedules | | 42 | | | |
| | | Total Assets | 673,919.00 | | |
| | | | Total Liabilities | 6,573,547.72 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **John C. Murrens**                                    ,    Case No. _____

                                                    Debtor

                                                        Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **John C. Murrens**                          ,      Case No. _____
                                      Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **571 Beverly Place, Lake Forest, IL 60045** | **Fee simple** | **J** | **662,549.00** | **976,500.00** |
| **Value based on the Zestimate Home Value Explorer proprietary models.** | | | | |
| **Foreclosure Pending.** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **662,549.00** | (Total of this page) |
| Total > | **662,549.00** | |

   **0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **John C. Murrens**                                        ,    Case No. _____
                                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand** | - | 20.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Lake Forest Bank and Trust Checking Account.** | J | 100.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **miscellaneous household goods including: bedroom suite, television, VCR/ DVD player, stereo/speakers, couch, table & chairs, coffee/ end tables, and computer.** | J | 1,250.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothing Apparel** | - | 1,000.00 |
| 7.  Furs and jewelry. | | **Engagement Rings** | - | 200.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Golf Clubs** | - | 300.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Northwestern Mutual Life Insurance Cash Surrender Value** | - | 500.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

| | | |
|---|---|---|
| | Sub-Total > | 3,370.00 |
| | (Total of this page) | |

___3___  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                  Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **John C. Murrens**                                                          ,        Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Investment with Wells Fargo** **No cash surrender value.** | - | 0.00 |
| | | **Clark Dodge & Company, Inc. - Investment Account** **No cash surrender value.** | - | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **50% owner in Mortgage Managers Inc.** **Mortgage business stopped conducting business in March 2009 but is still registered.** **License to conduct business as a mortgage banker expired April 2009; business not in good standing with the State of Illinois.** | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >            0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **John C. Murrens**                                          ,        Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 BMW X 5 SUV, 113,729 miles.** **Value based on appraisal from Car Max dated April 2013.** | H | 6,000.00 |
| | | **2005 Chrysler Town and Country Van, 144,954 miles.** **Value based on in person car appraisal performed by Car Max April, 2013.** | H | 2,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >        **8,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **John C. Murrens**                                              ,      Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **11,370.00** |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

In re    **John C. Murrens**                                      ,    Case No. _____
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                    *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **571 Beverly Place, Lake Forest, IL 60045** | **735 ILCS 5/12-901** | **15,000.00** | **662,549.00** |
| **Value based on the Zestimate Home Value Explorer proprietary models.** | | | |
| **Foreclosure Pending.** | | | |
| **Cash on Hand** | | | |
| **Cash on hand** | **735 ILCS 5/12-1001(b)** | **20.00** | **20.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Lake Forest Bank and Trust Checking Account.** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Household Goods and Furnishings** | | | |
| **miscellaneous household goods including: bedroom suite, television, VCR/ DVD player, stereo/speakers, couch, table & chairs, coffee/ end tables, and computer.** | **735 ILCS 5/12-1001(b)** | **500.00** | **2,500.00** |
| **Wearing Apparel** | | | |
| **Clothing Apparel** | **735 ILCS 5/12-1001(a)** | **1,000.00** | **1,000.00** |
| **Furs and Jewelry** | | | |
| **Engagement Rings** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Golf Clubs** | **735 ILCS 5/12-1001(b)** | **150.00** | **300.00** |
| **Interests in Insurance Policies** | | | |
| **Northwestern Mutual Life Insurance Cash Surrender Value** | **215 ILCS 5/238** | **500.00** | **500.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Investment with Wells Fargo** | **735 ILCS 5/12-1006** | **0.00** | **0.00** |
| **No cash surrender value.** | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2004 BMW X 5 SUV, 113,729 miles.** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **6,000.00** |
| | **735 ILCS 5/12-1001(b)** | **2,380.00** | |
| **Value based on appraisal from Car Max dated April 2013.** | | | |
| **2005 Chrysler Town and Country Van, 144,954 miles.** | **735 ILCS 5/12-1001(b)** | **650.00** | **2,000.00** |
| **Value based on in person car appraisal performed by Car Max April, 2013.** | | | |
| | Total: | **22,900.00** | **675,169.00** |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **John C. Murrens**                              ,      Case No. _____
                                     Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xx-3673** <br><br> **E-Trade Financial** <br> **125 S. Wacker Drive** <br> **Suite 100** <br> **Chicago, IL 60606** | X | - | **2010** <br> **First Mortgage** <br> **571 Beverly Place, Lake Forest, IL 60045** <br> **Value based on the Zestimate Home Value Explorer proprietary models.** <br> **Foreclosure Pending.** <br> Value $     **662,549.00** | | | | **868,000.00** | **205,451.00** |
| Account No. **4799** <br><br> **E-Trade Financial** <br> **125 W. Wacker Dr., Suite 100** <br> **Chicago, IL 60606** | | - | **Second Mortgage** <br> **571 Beverly Place, Lake Forest, IL 60045** <br><br> **Value based on the Zestimate Home Value Explorer proprietary models.** <br><br> **Foreclosure Pending.** <br> Value $     **662,549.00** | | | | **108,500.00** | **108,500.00** |
| Account No. <br><br><br><br><br><br> | | | <br><br><br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br><br><br> | | | <br><br><br><br><br> Value $ | | | | | |

|  |  |  |
|---|---|---|
| **0**   continuation sheets attached | Subtotal <br> (Total of this page) | **976,500.00**     **313,951.00** |
| | Total <br> (Report on Summary of Schedules) | **976,500.00**     **313,951.00** |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

B6E (Official Form 6E) (4/13)

In re  **John C. Murrens**                                                                    ,    Case No. _____
                                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0**_____  continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **John C. Murrens**                                                     , Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx xxx 5722**<br><br>**Accounts Receivable Management, Inc**<br>**PO Box 129**<br>**Thorofare, NJ 08086-0129** | - | | | | **Notice Only** | | | | 0.00 |
| Account No. **3008**<br><br>**ACI**<br>**2450 Delta Lane**<br>**Elk Grove Village, IL 60007** | - | | | | **Consumer Debt** | | | | 800.00 |
| Account No. **1511**<br><br>**Aegis Mortgage Corp**<br>**9990 Richmond**<br>**Suite 400**<br>**Houston, TX 77042** | - | | | | **Notice Only** | | | | 0.00 |
| Account No. **xxx-xx-0038**<br><br>**Akram Halawi/ReMax at Home**<br>**c/o Michele L. Ohlson**<br>**3215 Algonquin Road**<br>**Rolling Meadows, IL 60008** | X - | | | | **Notice Only** | | | | 0.00 |

___26___ continuation sheets attached

Subtotal
(Total of this page)                          **800.00**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                    S/N:42134-130401    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **John C. Murrens**                                                                    , Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3752** <br><br> **Alliance One** <br>**4850 Street Rd. Suite 300** <br>**Feasterville Trevose, PA 19053** | | - | Notice Only | | | | 0.00 |
| Account No. **xxx-xx-0038** <br><br> **Amcore Bank** <br>**501 7th Street** <br>**P.O Box 1537** <br>**Rockford, IL 61108** | X | - | Notice Only | | | | 0.00 |
| Account No. **xxxxxxxxx5700** <br><br> **Amcore Bank, N.A.** <br>**1210 S. Alpine Road** <br>**Rockford, IL 61108** | X | - | 2009 <br>Notice Only | | | | 0.00 |
| Account No. **8231** <br><br> **America's Servicing Company** <br>**P.O Box 10388** <br>**Des Moines, IA 50306** | | - | Notice Only | | | | 0.00 |
| Account No. **xx-xxx-xxxxx-11-02** <br><br> **American Arbitration Association** <br>**13455 Noel Road** <br>**Suite 1750** <br>**Dallas, TX 75240** | | - | 2011 <br>Consumer Debt | | | | 460.00 |

Sheet no. __1__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

460.00

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **John C. Murrens**                                      ,   Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-4568**<br><br>**American Mediation**<br>**1 South 132 Summit Drive**<br>**Suite 100C**<br>**Oakbrook Terrace, IL 60181** | - | | **2010**<br>**Notice Only** | | | | **0.00** |
| Account No. **xx-xx-x1206**<br><br>**American Mediation & Alternative Re**<br>**1 South 132 Summit Drive**<br>**Suite 202B**<br>**Villa Park, IL 60181** | - | | **2009**<br>**Collection for Citibank** | | | | **0.00** |
| Account No. **xxxxx4996**<br><br>**Anthony Vojtas**<br>**21964 W. Good Hope Road**<br>**Lannon, WI 53046** | | | **2008**<br>**Consumer Debt** | | | | **11,425.00** |
| Account No. **xx6503**<br><br>**Arthur Adler & Associates, LTD.**<br>**25 East Washington Street**<br>**Suite 1221**<br>**Chicago, IL 60602** | - | | **Notice Only** | | | | **0.00** |
| Account No. **xxx-xx-0038**<br><br>**Ashton & Weinberg Inc**<br>**P.O box 828**<br>**Greenville, RI 02828** | X - | | **Notice Only** | | | | **0.00** |

Sheet no. __**2**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **11,425.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **John C. Murrens**                                              ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-x-7111** <br><br> **Associated Bank** <br> **200 N. Adams Street** <br> **Green Bay, WI 54307** | X | - | **2009** <br> **Mortgage Deficiency balance on property foreclosed and located at: Mortgage Managers Inc. 250 Center Drive, Vernon Hills IL 60061** | | | | **1,097,102.96** |
| Account No. **xxxx xxx 3752** <br><br> **Associated Recovery Systems** <br> **P.O Box 469046** <br> **Escondido, CA 92046** | | - | **Notice Only** | | | | **0.00** |
| Account No. **0533** <br><br> **Auxiant** <br> **P.O Box 259710** <br> **Madison, WI 53725** | | - | **Consumer Debt** | | | | **1,915.40** |
| Account No. **xxxx-xR-433** <br><br> **Baker & Miller, P.C.** <br> **29 N. Wacker Dr., 5th Fl.** <br> **Chicago, IL 60606-2854** | | - | **2011** <br> **Collection for John White** | | | | **0.00** |
| Account No. **3752** <br><br> **Baker, Sanders** <br> **100 Garden City Plaza** <br> **Suite 500** <br> **Garden City, NY 11530** | | - | **Collection for Chase USA** | | | | **31,717.00** |

Sheet no. __3__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        **1,130,735.36**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John C. Murrens**                                                    ,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xx-3673** <br><br> **Bank of America** <br> **P.O Box 21848** <br> **Greensboro, NC 27420** | | - | **2010** <br> **Notice Only** | | | | 0.00 |
| Account No. **4799** <br><br> **Bank of America** <br> **P.O Box 26075** <br> **Greensboro, NC 27420** | | - | **Second Mortgage Deficiency balance on property foreclosed and located at: 571 Beverly Place, Lake Forest, IL 60045 notice only** | | | | 0.00 |
| Account No. **1999** <br><br> **Bank of America** <br> **P.O Box 15026** <br> **Wilmington, DE 19850** | X | - | **Business Debt** | | | | 26,810.00 |
| Account No. **9655** <br><br> **Bank of America** <br> **P.O Box 15710** <br> **DE 19888** | | - | **Business Debt** | | | | 5,382.00 |
| Account No. **4909** <br><br> **Bank of America** <br> **Countrywide Home Loans** <br> **Van Nuys, CA 91410** | | - | **Notice Only** | | | | 0.00 |

Sheet no. __4__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **32,192.00**

B6F (Official Form 6F) (12/07) - Cont.

In re      **John C. Murrens**                                            ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1999** <br><br> **Bank of America (Golf Digest)** <br> **P.O Box 15726** <br> **Wilmington, DE 19886** | - | | Notice Only | | | | 0.00 |
| Account No. **xxx-xx-0038** <br><br> **Bank of America, N.A.** <br> **Bankruptcy Department** <br> **450 American Street** <br> **Simi Valley, CA 93065** | - | | Notice Only | | | | 0.00 |
| Account No. **x2884** <br><br> **Baron's Creditor's Services Corp.** <br> **155 Revere Drive** <br> **Suite 9** <br> **Northbrook, IL 60062** | - | | Notice Only | | | | 0.00 |
| Account No. **xxxx-xx-3673** <br><br> **Bayview Loan Servicing, LLC** <br> **5th Floor Mail Room** <br> **4425 Ponce De Leon Blvd** <br> **Miami, FL 33146** | - | | 2010 <br> Notice Only | | | | 0.00 |
| Account No. **xxxx-xx-4568** <br><br> **Blatt, Hasenmiller, Leibsker & Moor** <br> **125 S. Wacker Dr., Suite 400** <br> **Chicago, IL 60606** | - | | 2010 <br> Collection for Capital One Bank | | | | 0.00 |

Sheet no. __**5**__ of __**26**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **John C. Murrens**                                          ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xx-x1206**<br><br>**Blatt, Hasenmiller, Leibsker & Moor**<br>**125 S. Wacker Dr., Suite 400**<br>**Chicago, IL 60606** | - | | **2009**<br>**Collection for Citibank** | | | | **0.00** |
| Account No. **xxxx-xx-2071**<br><br>**BMO Harris Bank**<br>**P.O Box 94034**<br>**Palatine, IL 60094** | X - | | **2009**<br>**Mortgage Deficiency balance on property foreclosed and located at: Mortgage Managers Inc. 250 Center, Vernon Hills 60061** | | | | **2,587,591.94** |
| Account No. **1894**<br><br>**Capital Management Services, LP**<br>**726 Exchange Street**<br>**Buffalo, NY 14210** | - | | **Notice Only** | | | | **0.00** |
| Account No. **1472**<br><br>**Capital One**<br>**P.O Box 30285**<br>**Salt Lake City, UT 84130** | - | | **Business Debt** | | | | **9,819.00** |
| Account No. **xxx-xx-0038**<br><br>**Car & Lippincott**<br>**700 Lavaca Street**<br>**Suite 1030**<br>**Austin, TX 78701** | X - | | **Notice Only** | | | | **0.00** |

| | | |
|---|---|---|
| Sheet no. __6__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **2,597,410.94** |

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **John C. Murrens**                                                              ,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx5297** <br><br> **CCB** <br> **5300 S. 6th Street** <br> **Springfield, IL 62703** | | - | | Notice Only | | | | 0.00 |
| Account No. **6628** <br><br> **CFC Defiency Recover** <br> **5225 Crooks Road** <br> **Suite 140** <br> **Troy, MI 48098** | | - | | Notice Only | | | | 0.00 |
| Account No. **x0004** <br><br> **Chase** <br> **JPMorgan Chase Bank, NA** <br> **PO Box 659754** <br> **San Antonio, TX 78265** | X | - | | Notice Only | | | | 0.00 |
| Account No. **3752** <br><br> **Chase Bank** <br> **P.O Box 15153** <br> **Wilmington, DE 19886** | X | | J | Notice Only | | | | 0.00 |
| Account No. **6481** <br><br> **Chase Bank** <br> **P.O Box 15153** <br> **Wilmington, DE 19886** | | - | | Notice Only | | | | 0.00 |

Sheet no. __7__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **John C. Murrens**                                                    ,    Case No. _____
                                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-0038**<br><br>**Chicago Title**<br>**171 N. Clark**<br>**MLC 2NW**<br>**Chicago, IL 60601** | X | - | Notice Only | | | | 0.00 |
| Account No. **x3418**<br><br>**Cimco**<br>**1901 S. Meyers Road**<br>**Suite 700**<br>**Villa Park, IL 60181** | | - | Notice Only | | | | 0.00 |
| Account No. **9172**<br><br>**Citi Card**<br>**Box 6500**<br>**Sioux Falls, SD 57117** | | - | Business Debt | | | | 10,000.00 |
| Account No. **xxxx xxx 8318**<br><br>**Citibank**<br>**P.O Box 183042**<br>**Columbus, OH 43218** | | - | Business debt | | | | 7,553.00 |
| Account No. **xxxx-xx-x1206**<br><br>**Citibank South Dakota**<br>**PO Box 6000**<br>**Sioux Falls, SD 57117** | | - | 2009<br>Business Debt | | | | 8,268.74 |

Sheet no. __8__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,821.74

B6F (Official Form 6F) (12/07) - Cont.

In re    **John C. Murrens**                                              ,    Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8318**<br><br>**Citibank South Dakota**<br>**PO Box 6000**<br>**Sioux Falls, SD 57117** | | - | Notice Only | | | | 0.00 |
| Account No. **3752**<br><br>**Client Services, Inc.**<br>**3451 Harry Truman Blvd**<br>**Saint Charles, MO 63301** | | - | Notice Only | | | | 0.00 |
| Account No. **xxx-xx-0038**<br><br>**CMI**<br>**P.O Box 28851**<br>**Philadelphia, PA 19151** | X | - | Notice Only | | | | 0.00 |
| Account No. **xxx-xx-0038**<br><br>**CMIT Solutions of Chicagoland North**<br>**825 S. Waukegan**<br>**Lake Forest, IL 60045** | | - | Business debt | | | | 350.00 |
| Account No. **xxxx-x-7111**<br><br>**Coman & Anderson P.C.**<br>**2525 Cabot Drive**<br>**Suite 300**<br>**Lisle, IL 60532** | | - | 2009<br>Collection for Associated Bank<br>Notice Only | | | | 0.00 |

Sheet no. __**9**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                  | 350.00
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John C. Murrens**                                                                    ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4909**<br><br>**Countrywide**<br>**450 American Street**<br>**Simi Valley, CA 93065** | | - | Second Mortgage Deficiency balance on property foreclosed and located at: 210 E. Flamingo Road, Las Vegas Nevada 89109 Unit #408 | | | | 121,000.00 |
| Account No. **xxx5719**<br><br>**Credit Control, LLC**<br>**245 East Roselawn Avenue**<br>**Suite 25-26**<br>**Saint Paul, MN 55117** | | - | Collection for US Bank | | | | 8,580.04 |
| Account No. **xxx-xx-0038**<br><br>**David Drake**<br>**6567 Round Lake Road**<br>**Presque Isle, WI 54557** | X | - | Notice Only | | | | 0.00 |
| Account No. **xxx-xx-0038**<br><br>**Dell Financial Services**<br>**P.O Box 5292**<br>**Carol Stream, IL 60197** | X | - | Notice Only | | | | 0.00 |
| Account No. **xxxx-xx-4018**<br><br>**Deutsche Bank National Trust Compan**<br>**222 S. Riverside Plaza**<br>**Chicago, IL 60606** | | - | Notice Only | | | | 0.00 |

| Sheet no. __10__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 129,580.04 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **John C. Murrens**                                                              ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8730** | | | Notice Only | | | | |
| **Diversified Collection Services, In** **333 North Canyons Parkway** **Suite 100** **Livermore, CA 94551** | | - | | | | | **0.00** |
| Account No. **1999** | | | Notice Only | | | | |
| **Encore** **P.O Box 47248** **Oak Park, MI 48237** | | - | | | | | **0.00** |
| Account No. **x-xxxx1573** | | | Notice Only | | | | |
| **ER Solution, Inc.** **80 SW 19th Street** **Renton, WA 98057** | | - | | | | | **0.00** |
| Account No. **8174** | | | Notice Only | | | | |
| **ER Solutions** **P.O Box 6030** **Hauppauge, NY 11788** | | - | | | | | **0.00** |
| Account No. **xxx-xx-0038** | | | Notice Only | | | | |
| **Fidelity National Credit** **P.O Box 3051** **Orange, CA 92857** | X | - | | | | | **0.00** |

Sheet no. __11__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John C. Murrens**
_____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6481**<br><br>**Financial Asset Management Systems**<br>**P.O Box 451409**<br>**Atlanta, GA 31145** | - | | **Collection for Chase Card** | | | | **18,031.00** |
| Account No. **1894**<br><br>**Financial Recovery Services, Inc.**<br>**P.O Box 385908**<br>**Minneapolis, MN 55438** | - | | **Notice Only** | | | | **0.00** |
| Account No. **0618**<br><br>**First Communications Company**<br>**200 East Randolph Street**<br>**Suite 2300**<br>**Chicago, IL 60601** | - | | **Notice Only** | | | | **0.00** |
| Account No. **2148**<br><br>**First Horizon**<br>**P.O Box 132**<br>**Memphis, TN 38101** | - | | **Notice Only** | | | | **0.00** |
| Account No. **xxxx-xx-3673**<br><br>**Fisher & Shapiro LLC**<br>**2121 Waukegan Rd**<br>**Ste 301**<br>**Bannockburn, IL 60015** | - | | **2010**<br>**Notice Only** | | | | **0.00** |

Sheet no. __**12**__ of __**26**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | **18,031.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John C. Murrens**
_____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xx-1309**<br><br>**Fosco Fuller Roselund PC**<br>**1156 Shure Drives**<br>**Suite 140**<br>**Arlington Heights, IL 60004** | - | | **2010**<br>**Collection for Vernon Square Condominiums**<br>**Notice Only** | | | | **0.00** |
| Account No. **3752**<br><br>**Frederick J. Hanna & Associates**<br>**1427 Roswell Road**<br>**Marietta, GA 30062** | - | | **Notice Only** | | | | **0.00** |
| Account No. **xxxx-xx-2071**<br><br>**Fullet Rosenlind Anderson P.C.**<br>**430-440 Telser Road**<br>**Lake Zurich, IL 60047** | - | | **Notice Only** | | | | **0.00** |
| Account No. **x0618**<br><br>**Globalcom**<br>**200 East Randolph**<br>**Suite 2300**<br>**Chicago, IL 60601** | - | | **Notice Only** | | | | **0.00** |
| Account No. **4142**<br><br>**GMAC Mortgage**<br>**P.O Box 50704**<br>**Waterloo, IA 50704** | | | **First Mortgage Deficiency balance on property foreclosed and located at:210 E. Flamingo Road, Las Vegas Nevada 89109** | | | | **283,784.00** |

Sheet no. __13__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**283,784.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    __John C. Murrens_____,    Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9978** | | | Notice Only | | | | |
| **GMAC Mortgage**<br>**P.O Box 4622**<br>**Waterloo, IA 50704** | - | | | | | | |
| | | | | | | | **0.00** |
| Account No. **0659** | | | Second Mortgage Deficiency balance on property foreclosed and located at: 220 E. Flamingo Road, Las Vegas Nevada 89109. Unit | | | | |
| **GMAC Mortgage Co.**<br>**3451 Hammond Avenue**<br>**P.O Box 780**<br>**Waterloo, IA 50704** | - | | | | | | |
| | | | | | | | **58,925.00** |
| Account No. **2072** | | | Notice Only | | | | |
| **Greenpoint Mortgage**<br>**2300 Brookstone Centre Parkway**<br>**Columbus, GA 31904** | - | | | | | | |
| | | | | | | | **0.00** |
| Account No. **5581** | | | Notice Only | | | | |
| **Hanson, Timothy M.S.**<br>**666 Dundee Road**<br>**Northbrook, IL 60062** | - | | | | | | |
| | | | | | | | **0.00** |
| Account No. **xxx-xx-0038** | | | Notice Only | | | | |
| **Harlan Accola**<br>**211 S. Central Avenue**<br>**suite 101**<br>**Avon, SD 57315** | - | | | | | | |
| | | | | | | | **0.00** |

Sheet no. __14__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**58,925.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John C. Murrens**                                              , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3655** <br><br> **Harris Bank** <br> **P.O Box 94033** <br> **Palatine, IL 60067** | - | | **Notice Only** | | | | 0.00 |
| Account No. **xx2884** <br><br> **Harris Bank** <br> **P.O Box 94033** <br> **Palatine, IL 60067** | - | | **Consumer Debt** | | | | 1,496.02 |
| Account No. **xxxx-xx-2071** <br><br> **Hinshaw & Culbertson LLP** <br> **100 Park Avenue** <br> **Rockford, IL 61101** | - | | **2009** <br> **Collection for BMO Harris Bank** <br> **Notice Only** | | | | 0.00 |
| Account No. **2852** <br><br> **Homeward Residential** <br> **American Home Mortgage** <br> **P.O Box 631730** <br> **Irving, TX 75063** | - | | **First Mortgage Deficiency balance on property foreclosed and located at: 1165 Ranch Road, Lake Forest IL 60045** | | | | 600,000.00 |
| Account No. **6716** <br><br> **Homeward Residential** <br> **American Home Mortgage** <br> **P.O Box 631730** <br> **Irving, TX 75063** | - | | **Second Mortgage Deficiency balance on property foreclosed and located at: 1165 Ranch Road, Lake Forest, IL 60045** | | | | 150,000.00 |

| | | |
|---|---|---|
| Sheet no. __15__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 751,496.02 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **John C. Murrens**                                                           , Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-0038**<br><br>**IC Commercial Services**<br>**4012 Gunn HWY**<br>**Suite 250**<br>**Tampa, FL 33618** | X | - | **Notice Only** | | | | 0.00 |
| Account No. **xx2884**<br><br>**Jay K Levy Associates**<br>**155 Revere Drive**<br>**Suite 2**<br>**Northbrook, IL 60062** | | - | Collection for Harris N.A | | | | 0.00 |
| Account No. **xxxx L 959**<br><br>**Jeffrey C. McDaniel, Brooks Law Fir**<br>**3725 Blackhawk Road**<br>**Suite 200**<br>**Rock Island, IL 61201** | | - | **2010**<br>**Collection for Wells Fargo** | | | | 0.00 |
| Account No. **xxxx-xR-433**<br><br>**John White**<br>**4313 Goldfinch Circle**<br>**Middleton, WI 53562** | | - | **2011**<br>**Consumer Debt** | | | | 44,554.05 |
| Account No. **xxxx-x-7111**<br><br>**Jones and Jacobs Law Offices**<br>**77 W. Washington Street**<br>**Suite 2100**<br>**Chicago, IL 60602** | | - | **2009**<br>**Collection for Associated Bank** | | | | 0.00 |

Sheet no. __16__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    44,554.05

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **John C. Murrens**                                                                          ,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  **Josh Kilty** **211 S. Central Avenue** **Suite 101** **Avon, SD 57315** | - | | | Notice Only | | | | 0.00 |
| Account No. **7200**  **Lake Forest Bank & Trust** **727 N. Bank Lane** **Lake Forest, IL 60045** | - | | | Credit card purchases | | | | 1,000.00 |
| Account No. **xxx-xxx-1900**  **Ledford & Wu** **200 S. Michigan Avenue** **Suite 209** **Chicago, IL 60604** | - | | | notice only | | | | 0.00 |
| Account No. **xxxxx1421**  **LTD Financial Services, L.P.** **7322 Southwest Freeway** **Suite 1600** **Houston, TX 77074** | - | | | Notice Only | | | | 0.00 |
| Account No. **xxxx-xx-x1206**  **Maureen A. Maffei** **Coman & Anderson P.C.** **650 Warrenville Road, Suite 500** **Lisle, IL 60532** | - | | | 2009 Collection for Citibank Notice Only | | | | 0.00 |

Sheet no. __**17**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John C. Murrens**                                  , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx8932**<br><br>**Mercantile Adjustment Bureau, LLC**<br>**P.O Box 9016**<br>**Williamsville, NY 14231** | - | | | Notice Only | | | | 0.00 |
| Account No. **1358**<br><br>**Merchants Service**<br>**P.O Box 9599**<br>**Knoxville, TN 37940** | - | | | Notice Only | | | | 0.00 |
| Account No. **xx0801**<br><br>**Meridian HOA**<br>**630 Trade Center Drive**<br>**Suite 100**<br>**Las Vegas, NV 89119** | - | | | Notice Only | | | | 0.00 |
| Account No.<br><br>**Meridian Private Res Home Owners**<br>**250 East Flamingo Road**<br>**Las Vegas, NV 89169** | - | | | Notice Only | | | | 0.00 |
| Account No. **xxxxxx4996**<br><br>**Milwaukee Circuit Courts**<br>**901 N. 9th Street**<br>**Milwaukee, WI 53233** | - | | | **2008**<br>**Collection for Anthony Vojtas** | | | | 0.00 |

Sheet no. __18__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **John C. Murrens**                                                    ,     Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx36N1** | | | Notice Only | | | | |
| **Monco Law Office** **P.O Box 1641** **Brookfield, WI 53008** | X | - | | | | | 0.00 |
| Account No. **8231** | | | Notice Only | | | | |
| **National Default Servicing Corporat** **2525 E. Camelback Road** **Suite 200** **Phoenix, AZ 85016** | | - | | | | | 0.00 |
| Account No. **xxx-xx-0038** | | | Notice Only | | | | |
| **NCO Financial Systems, Inc.** **4740 Baxter Road** **Virginia Beach, VA 23462** | | - | | | | | 0.00 |
| Account No. **6860** | | | Notice Only | | | | |
| **Nelson, Watson & Associates, LLC** **80 Merrimack Street Lower Level** **Haverhill, MA 01830** | | - | | | | | 0.00 |
| Account No. **xx4986** | | | Notice Only | | | | |
| **North Shore Cardiologists** **2151 Waukegan Road** **Suite 100** **Deerfield, IL 60015** | | - | | | | | 0.00 |

Sheet no. __19__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal     0.00
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John C. Murrens**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1999**<br><br>**Northstar Location Services**<br>**4285 Genesse Street**<br>**Buffalo, NY 14225** | - | | Notice Only | | | | 0.00 |
| Account No. **0659**<br><br>**Ocwen Loan Servicing, LLC**<br>**3451 Hammond Avenue**<br>**Waterloo, IA 50704** | - | | Notice Only | | | | 0.00 |
| Account No. **xxxx-xx-3673**<br><br>**Paul Massey/Alan S. Kaufman**<br>**Fisher and Shapiro**<br>**2121 Waukegan Road, Suite 301**<br>**Bannockburn, IL 60015** | - | | 2010<br>Collection for E-Trade Financial | | | | 0.00 |
| Account No. **7155**<br><br>**Payment Remittance Center**<br>**P.O Box 54349**<br>**Los Angeles, CA 90054** | - | | Notice Only | | | | 0.00 |
| Account No. **xxxx-xx-4018**<br><br>**Pierce & Associates**<br>**One North Dearborn St., Suite 1300**<br>**Chicago, IL 60602** | - | | 2008<br>Notice Only | | | | 0.00 |

Sheet no. __**20**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                             0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **John C. Murrens**                                          ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x0001**<br><br>**Portfolio Recovery Associates, LLC**<br>**P.O Box 12914**<br>**Norfolk, VA 23541** | - | | Notice Only | | | | 0.00 |
| Account No. **3752**<br><br>**Pride Acquisitions**<br>**100 Garden City Plaza**<br>**Suite 500**<br>**Garden City, NY 11530** | - | | Notice Only | | | | 0.00 |
| Account No. **xxxxx4042**<br><br>**Principal Bank**<br>**Principal Financial Group**<br>**P.O Box 9351**<br>**Des Moines, IA 50306** | - | | **2010**<br>**Demand of MMI to reproduce loan, no personal liability**<br>**NOTICE ONLY** | | | | 0.00 |
| Account No. **2610**<br><br>**Quality Loan Servicing Corp**<br>**2141 5th Avenue**<br>**San Diego, CA 92101** | - | | Notice Only | | | | 0.00 |
| Account No. **x0001**<br><br>**RGS Financial**<br>**P.O Box 2149**<br>**Addison, TX 75001** | - | | Notice Only | | | | 0.00 |

Sheet no. __21__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **John C. Murrens**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x2953**<br><br>**River City Condo Association**<br>**P.O Box 66607**<br>**Chicago, IL 60666** | | - | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**River City Private Residences**<br>**800 S. Wells**<br>**Suite 105**<br>**Chicago, IL 60607** | | - | **Notice Only** | | | | **0.00** |
| Account No. **xxx-xx-0038**<br><br>**Robin M. Tarantur Trust**<br>**c/o Dale Tarantur**<br>**1020 Indian Road**<br>**Glenview, IL 60025** | X | - | **Business loan** | | | | **50,000.00** |
| Account No. **xxx-xx-0038**<br><br>**Robin M. Tarantur Trust**<br>**c/o Dale Tarantur**<br>**1701 E. Lake Avenue**<br>**Glenview, IL 60025** | | - | **Business Loan** | | | | **0.00** |
| Account No. **2610**<br><br>**Saxon Mortgage Service**<br>**4708 Mercantile Drive North**<br>**Fort Worth, TX 76137** | | | **First Mortgage Deficiency balance on property foreclosed and located at: 220 E. Flamingo Road, Las Vegas Nevada 89109** | | | | **257,692.00** |

Sheet no. __22__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **307,692.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John C. Murrens**                                                          ,     Case No. _____

                               Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-0038**<br><br>**Scott Baldwin**<br>**13630 Ash Hollow Crossing Road**<br>**Poway, CA 92064** | X | - | Notice Only | | | | 0.00 |
| Account No. **xxxx-xx-2071**<br><br>**Scott H. Kenig, Esq.**<br>**Randall & Kenig LLP**<br>**455 North Cityfront Plaza, Ste 2510**<br>**Chicago, IL 60611** | | - | 2009<br>Collection for Amcore Bank | | | | 0.00 |
| Account No. **xxxx-xx-3673**<br><br>**Scott W. Spaulding**<br>**325 Washington Street**<br>**Suite 200**<br>**Waukegan, IL 60085** | | - | 2010<br>Notice Only | | | | 0.00 |
| Account No. **7520**<br><br>**Silver State Mortgage**<br>**P.O Box 230220**<br>**Las Vegas, NV 89105** | | - | Notice Only | | | | 0.00 |
| Account No. **7519**<br><br>**Silver State Mortgage**<br>**P.O Box 230220**<br>**Las Vegas, NV 89105** | | - | Notice Only | | | | 0.00 |

Sheet no. __23__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **John C. Murrens**                                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4084**<br><br>**Swid Law Offices**<br>**415 Orbiting Drive**<br>**Suite A**<br>**Mosinee, WI 54455** | - | | Collection for Harlan Accola | | | | 0.00 |
| Account No. **x9034**<br><br>**Synergetic Communication Inc.**<br>**2700 E. Seltice Way**<br>**Suite #4**<br>**Post Falls, ID 83854** | - | | Notice Only | | | | 0.00 |
| Account No. **6628**<br><br>**TD Auto Finance**<br>**P.O Box 9223**<br>**Farmington, MI 48333** | - | | fees | | | | 53.00 |
| Account No. **xxxx0022**<br><br>**The Talbots Inc.**<br>**175 Real Street**<br>**Hingham, MA 02043** | - | | Consumer Debt | | | | 3,000.00 |
| Account No. **x9034**<br><br>**United Guaranty**<br>**230 N. Elm Street**<br>**Greensboro, NC 27401** | - | | Notice Only | | | | 0.00 |

Sheet no. __24__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,053.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **John C. Murrens**                                                    , Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5719** | | | Notice Only | | | | |
| US Bank PO Box 790179 Saint Louis, MO 63179-0179 | - | | | | | | 0.00 |
| Account No. **6481** | | | Notice Only | | | | |
| Valentine & Kebartas, Inc. P.O Box 325 Lawrence, MA 01842 | - | | | | | | 0.00 |
| Account No. **xxxx-xx-1309** | | | Mortgage Deficiency balance on property foreclosed and located at: 250 Center Drive, Vernon Hills IL 60061 | | | | |
| Vernon Square Condo Association 224 S. Milwaukee Avenue Suite A Wheeling, IL 60090 | X - | | | | | | 32,093.58 |
| Account No. **5581** | | | Notice Only | | | | |
| Waterstone Mortgage Corporation 1133 Quail Court Pewaukee, WI 53072 | - | | | | | | 0.00 |
| Account No. **x0001** | | | Consumer Debt | | | | |
| Wells Fargo P.O Box 94423 Albuquerque, NM 87199 | X - | | | | | | 40,639.00 |

Sheet no. __25__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **72,732.58**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John C. Murrens**                                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx L 959** <br><br> **Wells Fargo** <br> **P.O Box 94423** <br> **Albuquerque, NM 87199** | | - | | **2010** <br> **Consumer Debt** | | | | 67,004.99 |
| Account No. **7155** <br><br> **Wells Fargo Bank, N.A.** <br> **P.O Box 29746** <br> **Phoenix, AZ 85038** | | - | | **Notice Only** | | | | 0.00 |
| Account No. **xxx-xx-0038** <br><br> **Whitfield & Eddy P.L.C.** <br> **317 Sixth Avenue** <br> **Suite 1200** <br> **Des Moines, IA 50309** | | - | | **Collection for Principal Bank Second** | | | | 60,000.00 |
| Account No. **xx-L-959** <br><br> **Zalutsky  & Pinski, LTD.** <br> **20 North Clark Street** <br> **Suite 600** <br> **Chicago, IL 60602** | | - | | **2010** <br> **Notice Only** | | | | 0.00 |
| Account No. | | | | | | | | |

Sheet no. __26__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 127,004.99 |
| Total (Report on Summary of Schedules) | | 5,597,047.72 |

B6G (Official Form 6G) (12/07)

.

In re    **John C. Murrens**                                         ,      Case No. _____
                                                 Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

0
\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **John C. Murrens**
_____ ,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mortgage Managers, Inc.**<br>**2050 Center Dr.**<br>**Vernon Hills, IL 60061** | **BMO Harris Bank**<br>**P.O Box 94034**<br>**Palatine, IL 60094** |
| **Mortgage Managers, Inc.**<br>**2050 Center Dr.**<br>**Vernon Hills, IL 60061** | **Associated Bank**<br>**200 N. Adams Street**<br>**Green Bay, WI 54307** |
| **Mortgage Managers, Inc.**<br>**2050 Center Dr.**<br>**Vernon Hills, IL 60061** | **Amcore Bank**<br>**501 7th Street**<br>**P.O Box 1537**<br>**Rockford, IL 61108** |
| **Sherry Murrens**<br>**571 Beverly Place**<br>**Lake Forest, IL 60045** | **E-Trade Financial**<br>**125 S. Wacker Drive**<br>**Suite 100**<br>**Chicago, IL 60606** |
| **Sherry Murrens**<br>**571 Beverly Place**<br>**Lake Forest, IL 60045** | **Chase Bank**<br>**P.O Box 15153**<br>**Wilmington, DE 19886** |
| **Sherry Murrens**<br>**571 Beverly Place**<br>**Lake Forest, IL 60045** | **Chase**<br>**JPMorgan Chase Bank, NA**<br>**PO Box 659754**<br>**San Antonio, TX 78265** |
| **Thomas  Murrens**<br>**922 S. Terre Drive**<br>**Libertyville, IL 60048** | **Wells Fargo**<br>**P.O Box 94423**<br>**Albuquerque, NM 87199** |
| **Thomas  Murrens**<br>**922 S. Terre Drive**<br>**Libertyville, IL 60048** | **Robin M. Tarantur Trust**<br>**c/o Dale Tarantur**<br>**1020 Indian Road**<br>**Glenview, IL 60025** |
| **Thomas Murrens**<br>**922 S. Terre Drive**<br>**Libertyville, IL 60048** | **Amcore Bank**<br>**501 7th Street**<br>**P.O Box 1537**<br>**Rockford, IL 61108** |
| **Thomas Murrens**<br>**922 S. Terre Drive**<br>**Libertyville, IL 60048** | **Amcore Bank, N.A.**<br>**1210 S. Alpine Road**<br>**Rockford, IL 61108** |

**2**
____ continuation sheets attached to Schedule of Codebtors

In re    **John C. Murrens**                                                  ,    Case No. _____

_____
Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Thomas Murrens**<br>**922 S. Terre Drive**<br>**Libertyville, IL 60048** | **Vernon Square Condo Association**<br>**224 S. Milwaukee Avenue**<br>**Suite A**<br>**Wheeling, IL 60090** |
| **Thomas Murrens**<br>**922 S. Terre Drive**<br>**Libertyville, IL 60048** | **Akram Halawi/ReMax at Home**<br>**c/o Michele L. Ohlson**<br>**3215 Algonquin Road**<br>**Rolling Meadows, IL 60008** |
| **Thomas Murrens**<br>**922 S. Terre Drive**<br>**Libertyville, IL 60048** | **Scott Baldwin**<br>**13630 Ash Hollow Crossing Road**<br>**Poway, CA 92064** |
| **Thomas Murrens**<br>**922 S. Terre Drive**<br>**Libertyville, IL 60048** | **David Drake**<br>**6567 Round Lake Road**<br>**Presque Isle, WI 54557** |
| **Thomas Murrens**<br>**922 S. Terre Drive**<br>**Libertyville, IL 60048** | **Bank of America**<br>**P.O Box 15026**<br>**Wilmington, DE 19850** |
| **Thomas Murrens**<br>**922 S. Terre Drive**<br>**Libertyville, IL 60048** | **Car & Lippincott**<br>**700 Lavaca Street**<br>**Suite 1030**<br>**Austin, TX 78701** |
| **Thomas Murrens**<br>**922 S. Terre Drive**<br>**Libertyville, IL 60048** | **Chicago Title**<br>**171 N. Clark**<br>**MLC 2NW**<br>**Chicago, IL 60601** |
| **Thomas Murrens**<br>**922 S. Terre Drive**<br>**Libertyville, IL 60048** | **CMI**<br>**P.O Box 28851**<br>**Philadelphia, PA 19151** |
| **Thomas Murrens**<br>**922 S. Terre Drive**<br>**Libertyville, IL 60048** | **Monco Law Office**<br>**P.O Box 1641**<br>**Brookfield, WI 53008** |
| **Thomas Murrens**<br>**922 S. Terre Drive**<br>**Libertyville, IL 60048** | **Ashton & Weinberg Inc**<br>**P.O box 828**<br>**Greenville, RI 02828** |
| **Thomas Murrens**<br>**922 S. Terre Drive**<br>**Libertyville, IL 60048** | **IC Commercial Services**<br>**4012 Gunn HWY**<br>**Suite 250**<br>**Tampa, FL 33618** |
| **Thomas Murrens**<br>**922 S. Terre Drive**<br>**Libertyville, IL 60048** | **Fidelity National Credit**<br>**P.O Box 3051**<br>**Orange, CA 92857** |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Codebtors

In re  **John C. Murrens**                                    ,  Case No. _____

                                   Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Thomas Murrens**<br>**922 S. Terre Drive**<br>**Libertyville, IL 60048** | **Dell Financial Services**<br>**P.O Box 5292**<br>**Carol Stream, IL 60197** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **John C. Murrens**                                                                                  Case No. _____
                                              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Daughter** | AGE(S):<br>**18**<br>**19** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Regional Manager** | **Receive Social Security Income** |
| Name of Employer | **American Portfolio Mortgage Corp.** | |
| How long employed | **1 year** | |
| Address of Employer | **800 E. Northwest<br>Suite 821<br>Palatine, IL 60074** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **4,496.18** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| | | | | |
| 3. SUBTOTAL | $ | **4,496.18** | $ | **0.00** |
| | | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | **883.89** | $ | **0.00** |
|     b. Insurance | $ | **1,153.31** | $ | **0.00** |
|     c. Union dues | $ | **0.00** | $ | **0.00** |
|     d. Other (Specify): _____ | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| | | | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **2,037.20** | $ | **0.00** |
| | | | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **2,458.98** | $ | **0.00** |
| | | | | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>    dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify):  **Social Security Income** | $ | **0.00** | $ | **1,532.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify): _____ | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| | | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **1,532.00** |
| | | | | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **2,458.98** | $ | **1,532.00** |
| | | | | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **3,990.98** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **John C. Murrens** _____    Case No. _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| a. Are real estate taxes included?    Yes ___    No **X** | | |
| b. Is property insurance included?    Yes ___    No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 600.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 0.00 |
| d. Other  **See Detailed Expense Attachment** | $ | 600.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 150.00 |
| 8. Transportation (not including car payments) | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 376.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 80.00 |
| e. Other  **Daughter's car insurance** | $ | 40.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | $ | 560.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,756.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**Anticipating $2000-2500 monthly for house rental expense starting approximately 5/1/2013. Heat and electricity will decrease to $400 monthly.**

| | | |
|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.    Average monthly income from Line 15 of Schedule I | $ | 3,990.98 |
| b.    Average monthly expenses from Line 18 above | $ | 3,756.00 |
| c.    Monthly net income (a. minus b.) | $ | 234.98 |

**B6J (Official Form 6J) (12/07)**

In re __John C. Murrens__                                    Case No. _____

                                      Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| Cable, Internet, House Phone Package | $ | 200.00 |
| Cell Phone Family Package | $ | 400.00 |
| **Total Other Utility Expenditures** | $ | **600.00** |

**Other Expenditures:**

| | | |
|---|---|---:|
| Professional Fees, Licenses | $ | 100.00 |
| Personal Grooming | $ | 60.00 |
| Auto Repairs | $ | 200.00 |
| Books and school supplies | $ | 50.00 |
| Physchiatrist visits | $ | 150.00 |
| **Total Other Expenditures** | $ | **560.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **John C. Murrens**

                                  Debtor(s)

Case No.

Chapter     **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **44**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April 29, 2013**

Signature   **/s/ John C. Murrens**

                      **John C. Murrens**

                      Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **John C. Murrens**                                                        Case No.
                                          Debtor(s)                    Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $12,784.00 | **2011 Employment Income** |
| $17,665.13 | **2012 Employment Income** |
| $22,742.20 | **2013 YTD Employment Income** |
| $90,409.00 | **2010 Employment Income** |
| $22,379.50 | **2010 Business Income** |
| $0.00 | **2011 Business Income -$1033.00** |
| $22,379.50 | **2009 Business Income** |
| $0.00 | **2012 Business Income** |

B7 (Official Form 7) (04/13)
2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $69,267.00 | 2011 Social Security Benefits (lump settlement for back pay) |
| $6,128.00 | 2012 Social Security Benefits |
| $6,551.20 | 2013 YTD Social Security Income |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **BMO Harris Bank N.A. formerly known as Harris N.A., as the assignee of the Federal Deposit Insurance corporation as the receiver of Amcore Bank N.A. v Mortgage Managers, Inc. John Murrens; Thomas Murrens; Associated Bank, N.A. Vernon Square Office Condominium Associate; Unknown Owners and Non record claimants.** <br><br> **Case No. 2009-CH-2071** | **Breach of Contract Debt collection.** | **Lake County, IL** | **Judgment entered 8/17/12; Citation to Discover Assets. Pending.** |
| **E-Trade Financial v John C. Murrens; Sherry E. Murrens, United Guaranty Residential Insurance Company of North Carolina; Unknown Owners and Non Record Claimants** <br><br> **Case No. 10-CH-3673** | **Breach of Contract Debt Collection** | **Lake County, Waukegan, IL Chancery Division** | **Sale Date entered on February 1, 2013** |
| **Amcore Bank N.A, v Mortgage managers, Inc.; John C. Murrens; Thomas R. Murrens; Associated Bank, N.A.; Vernon Square Office Condominium Association; Unknown Owners and Non Record Claimants.** <br><br> **Case No. 2009-CH-2071** | **Foreclosure on Properties** | **Lake County, Illinois** | **Sherriff Sale date July 3. 2012.** |
| **Associated Bank N.A v Mortgage Managers Inc.; John C. Murrens, Thomas Murrens** <br><br> **Case No. 2009-L-7111** | **Breach of Contract Debt Collection** | **Circuit Court of Cook County, IL Law Division** | **Judgment entered on Jan. 20, 2011. Pending** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 5. Repossessions, foreclosures and returns

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **BMO Harris Bank P.O Box 94034 Palatine, IL 60094** | **May 29, 2012** | **Property located at: Mortgage Managers, Inc. located at 250 Center, Vernon Hills, IL 60061 Value of property: $450,000.00 Judgment for foreclosure entered 2/29/12. Sale date transfer did not complete; still listed for sale.** |

B7 (Official Form 7) (04/13)
4

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **BMO Harris Bank**<br>**P.O Box 94034**<br>**Palatine, IL 60094** | **May 29, 2012** | **Property located at: 119 Appley, Libertyville, IL 60048**<br>**value of property: $112,500.00**<br>**Judgment for foreclosure 2/29/12; property transferred at sale date 5/29/12.** |
| **E-Trade Financial**<br>**125 S. Wacker Drive**<br>**Suite 100**<br>**Chicago, IL 60606** | **February 1, 2013** | **Property located at: 571 Beverly Place, Lake Forest, IL 60045**<br>**$586,419.00**<br>**Judgment for foreclosure on February 1, 2013. Sale date schedule for May 2, 2013.** |

## 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)
5

---

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Spalding Law Center LLC** **2218 West Chicago Avenue** **Chicago, IL 60622** | **1.13.2013 - 4.12.2013** | **$4000.00** |
| **Spalding Law Center LLC** **2218 West Chicago Avenue** **Chicago, IL 60622** | **4.29.2013** | **$35.00 for Suite Solution due diligence products: credit counseling class** |

---

**10. Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

B7 (Official Form 7) (04/13)
6

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
7

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Mortgage Managers Inc.** | 36-3582214 | **250 Center Drive Vernon Hills, IL 60061** | **50% owner in Mortgage Managers Inc. Mortgage business stopped conducting business in March 2009 but is still registered. License to conduct business as a mortgage banker expired April 2009; business not in good standing with the State of Illinois.** | **1/11/88 - present** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                              DATES SERVICES RENDERED

B7 (Official Form 7) (04/13)
8

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

**NAME**                                                                                                    ADDRESS

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                                      DATE ISSUED

---

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
9

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **April 29, 2013**                    Signature    **/s/ John C. Murrens**

                                                         **John C. Murrens**
                                                         Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **John C. Murrens**                                          Case No. _____
_____   Chapter   **7**
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**E-Trade Financial** | **Describe Property Securing Debt:**<br>**571 Beverly Place, Lake Forest, IL 60045**<br><br>**Value based on the Zestimate Home Value Explorer proprietary models.**<br><br>**Foreclosure Pending.** |

Property will be (check one):
☑ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☑ Claimed as Exempt                    ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                      Page 2

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**E-Trade Financial** | **Describe Property Securing Debt:**<br>**571 Beverly Place, Lake Forest, IL 60045**<br><br>**Value based on the Zestimate Home Value Explorer proprietary models.**<br><br>**Foreclosure Pending.** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **April 29, 2013** _____       Signature  **/s/ John C. Murrens** _____
                                                   **John C. Murrens**
                                                   Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re    <u>John C. Murrens</u>                                                           Case No.
                                                    Debtor(s)          Chapter      **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .............................................    $          **4,000.00**

    Prior to the filing of this statement I have received ...............................    $          **4,000.00**

    Balance Due ............................................................................................    $               **0.00**

2.  $  **0.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:    **April 29, 2013**                                    **/s/ Angela Spalding**
                                                                **Angela Spalding 6274242**
                                                                **Spalding Law Center LLC**
                                                                **2218 W. Chicago Ave.**
                                                                **Chicago, IL 60622**
                                                                **773-227-2218  Fax: 773-435-6752**
                                                                **info@spaldinglawcenter.com**

---

## Chapter 7 Bankruptcy Retainer Agreement

### SPALDING LAW CENTER LLC IS A DEBT RELIEF AGENCY AND LAW FIRM. WE HELP PEOPLE FILE FOR BANKRUPTCY RELIEF UNDER THE BANKRUPTCY CODE.

**Chapter 7 – Liquidation; eliminate dischargeable unsecured debt (certain debts may not be dischargeable)**

In consideration for services to be rendered to undersigned Client(s) (hereinafter referred to as "Client") by Spalding Law Center LLC, its associates, co-counsels, consultants and paralegals, (hereinafter referred to as "Attorney"), in connection with representing Client regarding bankruptcy matters, Client, jointly and severally agrees to pay Attorney as follows:  *When billable hrs approach $3500 or at the Petition Stage, we will evaluate*

1. A total flat attorney fee of $ _4,000_ is required to be paid for representation in Client's *if fees* bankruptcy case. An additional $ _306.00_ is to be paid by Client for the court filing fee of the bankruptcy petition. *Should increase*

Today you paid us a retainer of $ _500_ . A retainer is an advance payment for Attorney services and the expenses Attorney may incur on Clients behalf and does not cover the court filing fee. **Client is also responsible for costs associated with the due diligence products required to process the case, such as the credit counseling and debtor education courses, credit reports, tax transcripts, real estate valuations, etc.** Client agrees that the filing fee and the optional due diligence fees are additional costs and are not included in the above-stated attorney fee, and are payable in certified funds only. The attorney fee, due diligence fees, and the filing fee must be paid in full before the case is filed. *$1500 before 1/31/13*

You agree to pay your balance of $ _3500_ in _2_ installments of $ _2000_ before *2/15/13* .



2. **PARTIES:** This agreement is entered into on the date shown below between Attorney (and not any individual attorney or agent of Spalding Law Center LLC) and the Client. Client has retained Attorney to consult and advise Client regarding bankruptcy matters under Chapter 7 of the bankruptcy code. Attorney agrees to use its best efforts and abilities in representing Client in bankruptcy. Client acknowledges that Client is not retaining Attorney to represent or appear in any other type of case, lawsuit or proceeding other than Clients bankruptcy case. Sending or receiving any summons or complaint, or notifying the Attorney of a pending lawsuit does not obligate the Attorney to represent Client in that lawsuit or before that court. Any representation of Client in a state court proceeding, including without limitation: collection lawsuits and foreclosure lawsuits, is not included in this Bankruptcy Retainer Agreement. Any referral made to another Attorney to represent Client is a courtesy only. The Attorney is not associated with any other Attorney outside of the undersigned Attorneys law offices.

Page 1 of 6                                                    initials _____

3.     **ATTORNEY FEES:** Client agrees to pay Attorney as stated in Paragraph 1. Client agrees to timely pay the fee and court costs, and optional due diligence materials prior to the filing of the petition. In the event Client has not paid all **earned fees,** Attorney may retain counsel to collect any unpaid, earned fee without further notice. Client will additionally be responsible for any reasonable collection costs including attorney fees and court costs, not less than $400. In the event Client wants to convert the case into a Chapter 13, Client acknowledges that there will be additional attorney fees for services provided to convert and there may be additional court costs. Conversion requires a new agreement and Client agrees that in the event of conversion from Chapter 7 to Chapter 13, any fees due under this agreement may be collected from the Chapter 13 trustee, but will not exceed the combined agreed fees under the two agreements. Client agrees to reimburse Attorney for any reasonable costs and fees incurred by Attorney as a result of dishonored checks or dishonored ACH payments. Client agrees to immediately pay Attorney a $40.00 fee in in addition to the amount of the returned check, in certified funds. Failure to pay attorney fees in a timely manner could cause Attorney in its sole discretion to close the client file and terminate services (see Paragraph 6.) Client agrees that to reopen the case, Attorney must re-evaluate the case and may charge additional fees and may require Client to provide additional information.

4.     **BASIC SERVICES:**   Attorney shall provide Client with   basic services in connection with Client's bankruptcy case that include, but are not limited to:

     a.    Review and analyze Client's financial circumstances based on information
          provided by Client.

     b.    If possible and to the extent possible, based on the information provided
          by Client, advise Client of the Client's pre-filing options, including but not limited
          to bankruptcy options.

     c.    Inform Client what information Client needs to provide Attorney in order to
          allow Attorney to provide appropriate advice and option information, in the event
          such information Client provided is insufficient.

     d.    Advise Client of the appropriate requirements in connection with the filing
          of a Chapter 7 or Chapter 13 bankruptcy, including the duties of Client connected
          with such filing.

     e.    Preparation and filing of the petition, schedules and statements

     f.    Assuming that a U.S. Bankruptcy proceeding is filed, Attorney services
          will include all typical Attorney participation required in such proceeding,
          including but not limited to, appearances at Court hearings, representation at the meeting
          of creditors, preparation of legal memoranda, communication with opposing counsel and
          parties, and submitting information pursuant to requests from the trustee, and other
          routine services not specifically stated.

     g.    Take creditor calls both pre and post-filing.

     h.    If Client's proceeding requires additional, but not customary work, Attorney will inform
          Client directly, and enter into a separate written contract for such services to fully apprise
          Client of the fees, payment requirements, and expected services to be provided.

5.     **NON-BASIC SERVICES:** Client agrees that the following matters are not included within the scope of this Bankruptcy Retainer Agreement. Client agrees that, as to the matters listed below, the Attorney will not take any action on Clients behalf, without a written request and/or a separate Retainer Agreement and possibly an additional retainer:

     a.    Motions to revoke a discharge.
     b.    Removal of a pending action in another court.
     c.    Obtaining title reports.
     d.    The determination of real estate or tax liens.
     e.    Appeals to the BAP, District Court of Appeals.
     f.    Correcting credit reports.
     g.    Negotiations with Check Systems regarding Client.
     h.    Motions to Dismiss under §707(a) or (b).

initials: _____

i       Any adversary proceeding filed by the Trustee, U.S. Trustee, or any other party on any basis, including, without limitations, proceedings to determine dischargability of debts, such as those proceedings filed under 11 U.S.C. §523 or §727 (minimum 4 hours of attorney time paid in advance before appearance is filed).

j.      Actions to enforce the automatic stay pursuant to §362(k) and actions to enforce the discharge injunction pursuant to §524.

m.      Rule 2004 examinations, depositions, interrogatories, other discovery proceedings (other than initial §341 meetings), and contested motions.

n.      Redemption and replacement loan review and motions, and related work pursuant to §722 ($600).

o.      Motion to avoid judgment liens ($250 per motion)

Additional fees will also apply for: preparation of amendments to creditor schedules ($150 +$30 filing fee); delays caused by Client including Client's failure to provide information, failure to return paperwork, and failure to sign prepared petition in a timely fashion; missed signing appointments; and continued §341 hearings ($150) if continued due to Client's failure to appear.

6.      **TERMINATING SERVICES (Refund Policy):** If Client decides to discontinue Attorney's services at any time, Client must notify Attorney in writing. Client is only entitled to a refund of unearned fees in the event Attorney is terminated prior to the filing of the petition. Client agrees that Attorney will not refund the flat fee if Attorney has filed the case on Client's behalf and has attended the Meeting of Creditors even if the case has not completed, unless retention of the entire flat fee would be unreasonable. Client understands that the retainer will not be refunded regardless if Client decides to cancel filing of the bankruptcy petition or not. If termination occurs prior to filing, Attorney shall provide an accounting of time and services and issue a refund check within a reasonable time (usually 30 days). Attorney's current hourly rate is $250 per hour for attorney time and $50 per hour for non-attorney time for purposes of determining the refund due. This hourly fee is subject to periodic review and increase to be commensurate with the fees charged by other attorneys of similar experience within the field. Client also agrees that Attorney's services will be considered terminated upon the following events: dismissal of the case or the closing of the case under Chapter 7.

Attorney reserves the right to withdraw from Client representation if, among other things, Client fails to honor the terms of this Agreement, including non-payment of Attorney and court filing fees; Client fails to cooperate or follow advice on a material matter, or if any fact or circumstance arises or is discovered that would render continuing representation unlawful or unethical. Client is aware of an ethical requirement imposed upon all Attorneys in this state. If a Client, in the course of representation by an Attorney, perpetrates a fraud upon any person or tribunal, the Attorney is obligated to call upon the Client to rectify the same. If the Client refuses or is unable to do so, the Attorney is required to reveal the fraud to the affected person or tribunal.

7.      **CLIENT'S OBLIGATIONS:** In addition to paying the Attorneys Fees in a timely manner pursuant to Paragraph 3., Client also agrees to carry out all of Client's obligations pursuant to §521 of the bankruptcy code, to provide any and all requested information to Attorney, (see checklist and instructions in the Client folder), to notify Attorney of any change of contact information, to actively participate and communicate with Attorney during the duration of the case, and to cooperate fully with any Attorney staff member.

Client acknowledges his/her obligation to make FULL and complete DISCLOSURE of all Client's assets, liabilities, and financial information, including, but not limited to, any state court hearing dates or foreclosure notices, regardless of Client's intentions, and to provide all documents and information requested by Attorney, before the bankruptcy petition can be prepared and filed with the court.

Client acknowledges that he/she much complete a pre-petition credit counseling course before the bankruptcy petition can be filed. Client understands that he/she must also complete a post-petition counseling course after the bankruptcy petition is filed and within the time frame allowed by statute. **Client acknowledges that the bankruptcy cannot be filed without the certificate of completion of the pre-bankruptcy credit counseling.**

initials:

Client understands that no discharge of debts will be issued if the post-bankruptcy credit counseling is not completed within the statutory time frame.

Client acknowledges that the Attorney will not research creditor information, including addresses, account numbers, or balances. The Client must provide this information to the Attorney in writing. Failure to do so many result in unscheduled debts subject to non-dischargeability.

8.     **LIMITED POWER OF ATTORNEY:** Client agrees that the signature on this contract also grants a limited power of attorney to Attorney to: 1) obtain tax information from anyone with whom the Client has consulted regarding tax returns or preparation or the IRS, including but not limited to, copies of Client's tax returns and/or transcripts, 2) obtain due diligence products including, but not limited to, real estate appraisals, title searches, asset searches, personal property valuations, and credit reports; and 3) represent the client in communications with creditors regarding their credit account information and other account details as they relate to the bankruptcy case.

9.     **RETENTION AND DISPOSITION OF RECORDS:** It is Attorney's general policy to maintain files for five (5) years after the completion of the Client's bankruptcy case, and reserves the right to destroy all contents of the file after the five (5) years starting from the date the case is closed. Attorney encourages Client to keep and maintain copies of all bankruptcy related matters. Client may request a copy of portions of the closed file by sending a written request. Attorney reserves the right to charge a reasonable retrieval and duplication fee of at least $30.

10.     **SIGNATURE AUTHORIZATION & COMMUNICATION:** Client's signature on this contract shall be authorization for Attorney to file a bankruptcy petition for Client via the Bankruptcy Court's electronic filing system and all other subsequent filings through the Bankruptcy Court's electronic filing system. Client agrees that the preferred method of receiving documents from Attorney is via first class mail, but Attorney reserves the right to provide notices and contact Client via email if Client provides a valid email address.

11.     **RECEIPT OF MANDATORY NOTICE AND DISCLOSURE:** The Bankruptcy Abuse and Prevention and Consumer Protection Act of 2005 requires Attorney to provide mandatory notices/disclosures to Client. Signatures on this contract shall be acknowledgment by Client that Client has received, read, and understood the two (2) separate documents entitled "§527(a) Notice," and "Important Information About Bankruptcy Assistance Services From An Attorney or Bankruptcy Petition Preparer."

12.     **LAW CHANGES & OUTCOME:** Client agrees that Attorney is not responsible and assumes no liability for changes in the law that could affect the advice Attorney gives Client. Attorney's advise is based on the current state of law and could be subject to change at anytime. Since the outcome of negotiations and litigation is subject to factors which cannot always be foreseen, Client acknowledges and understands that Attorney has made no promises or guarantees to Client concerning the outcome and is unable do so. Nothing in this Bankruptcy Retainer Agreement shall be construed as such a promise or guarantee.

13.     **RESCISSIONS:** Client may only rescind a signed reaffirmation agreement by giving notice as detailed in the agreement within sixty (60) days of approval by the court or prior to discharge, whichever is later. Client should notify Attorney in writing within a reasonable amount of time in order to effectuate the rescission.

14.     **CO-COUNSEL:** Client authorizes Attorney to hire co-counsel or independent attorneys as needed, at Attorney's expense, to work on this matter and divide fees with them on the basis of work and responsibility. Client authorizes Attorney, at its discretion, to have attorneys within the firm, or outside counsel, review Client's file to explore other potential causes of action Client may have against creditors.

15.     **NONDISCHARGEABLE DEBTS:** Client understands that certain debts cannot be discharged in bankruptcy. Client agrees that Client is still liable to repay any debt not discharged in Client's bankruptcy. Client understands that the debts listed below are common examples of the types of debts that cannot be discharged in bankruptcy, and that non-dischargeable debts are not limited to this list. Client further understands that the list of

initial: _____ _____

non-dischargeable debts may be expanded by legislation or court decisions and Attorney has no control over the type of debts that may be or become non-dischargeable.

a.   Certain types of taxes, custom duties, or debts to pay taxes or custom duties.

b.   Student loans.

c.   Debts owed for spousal or child support.

d.   Debts owed to the spouse, former spouse, or child in a domestic relations proceeding.

e.   Debts arising from a previous bankruptcy wherein discharge of that particular debt was waived.

f.   Debts owed for money, property, services, extension-or-removal, or refinancing of credit, if obtained by false pretenses, or false representations, or actual fraud.

g.   Consumer debts for luxury goods obtained within ninety (90) days of the date of filing of the bankruptcy petition.

h.   Cash advances obtained within seventy (70) days of the date of the filing of the bankruptcy petition.

i.   Debts owed for fraud or defalcation while acting in a fiduciary capacity, or embezzlement of larceny.

j.   Debts owed for fines, penalties, or forfeitures payable to and for the benefit of governmental entity.

k.   Debts owed for death or personal injury arising from the operation of a motor vehicle, boat or aircraft while intoxicated by drugs or alcohol.

16.   Client understands that filing bankruptcy does not automatically discharge or remove liens from any real estate. Client agrees that the Attorney will not take any action to avoid (remove) any lien on real estate unless Client specifically authorizes the Attorney to do so in writing. Client agrees that the Attorney will rely on Clients statements concerning ownership of real property and any liens attached to Clients real property. Client agrees that no real estate title search will be conducted. Client agrees that Attorney will not conduct a public records search for lawsuits filed against Client or judgments granted against Client. Client must separately order and pay for a real estate title search, or public records search for lawsuits or judgments, if Clients wishes to obtain one. **Client agrees to hold the Attorney harmless if client later discovers liens, lawsuits or judgments against Client or against Clients real estate.**

17.   **ENTIRE AGREEMENT:** Client acknowledges that Client has read and understands all the terms and conditions contained in this Bankruptcy Retainer Agreement and that the entire contract between the parties is made part of this instrument, except as otherwise indicated. Client is in agreement with the terms of this agreement and has signed on the signature lines below. Client further acknowledges that Client has received a copy of this Bankruptcy Retainer Agreement.

| ESTIMATED ASSET VALUE (EQUITY) | ESTIMATED SECURED DEBTS: | NONDISCHARGEABLE DEBTS: |
|---|---|---|
| Real Prop.___ ✓ | Mtg. Arrears.___ | Taxes___ |
| ___ | Mtg. Bal.___ | Student Loans___ |
| Personal Prop.___ | 2d Mtg. Arrears ___ | Gov't Fines___ |
| | 2d Mtg. Bal.___ | Child Support___ |
| ESTIMATED UNSECURED DEBT: | Veh. #1 Bal.___ | NSF___ |
| | Veh. #2 Bal.___ | Other___ |

$ 1.50k Credit Cards
$ 4 million Geochasg Lien w/ bsm bks
$ 2.5 million foreclosure

initials: ___

Page 5 of 6

Dated:

Client Signature

Client Spouse Signature

Attorney at Law
Spalding Law Center LLC

JOHN C MULLGIS
Client Printed Name

Client Spouse Printed Name

initials: _____ .

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

      Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

      After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

      Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

      Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

      A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **John C. Murrens** _____    Case No. _____
           Debtor(s)      Chapter    **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **John C. Murrens** _____ | X   **/s/ John C. Murrens**          **April 29, 2013** |
| Printed Name(s) of Debtor(s) | Signature of Debtor         Date |
| | |
| Case No. (if known) _____ | X _____ |
| | Signature of Joint Debtor (if any)     Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **John C. Murrens** _____     Case No. _____

                                       Debtor(s)     Chapter     **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **128**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **April 29, 2013** _____      **/s/ John C. Murrens** _____

                                              **John C. Murrens**
                                              Signature of Debtor

Accounts Receivable Management, Inc
PO Box 129
Thorofare, NJ 08086-0129

ACI
2450 Delta Lane
Elk Grove Village, IL 60007

Aegis Mortgage Corp
9990 Richmond
Suite 400
Houston, TX 77042

Akram Halawi/ReMax at Home
c/o Michele L. Ohlson
3215 Algonquin Road
Rolling Meadows, IL 60008

Alliance One
4850 Street Rd. Suite 300
Feasterville Trevose, PA 19053

Amcore Bank
501 7th Street
P.O Box 1537
Rockford, IL 61108

Amcore Bank, N.A.
1210 S. Alpine Road
Rockford, IL 61108

America's Servicing Company
P.O Box 10388
Des Moines, IA 50306

American Arbitration Association
13455 Noel Road
Suite 1750
Dallas, TX 75240

American Mediation
1 South 132 Summit Drive
Suite 100C
Oakbrook Terrace, IL 60181

American Mediation & Alternative Re
1 South 132 Summit Drive
Suite 202B
Villa Park, IL 60181


Anthony Vojtas
21964 W. Good Hope Road
Lannon, WI 53046


Arthur Adler & Associates, LTD.
25 East Washington Street
Suite 1221
Chicago, IL 60602


Ashton & Weinberg Inc
P.O box 828
Greenville, RI 02828


Associated Bank
200 N. Adams Street
Green Bay, WI 54307


Associated Recovery Systems
P.O Box 469046
Escondido, CA 92046


Auxiant
P.O Box 259710
Madison, WI 53725


Baker & Miller, P.C.
29 N. Wacker Dr., 5th Fl.
Chicago, IL 60606-2854


Baker, Sanders
100 Garden City Plaza
Suite 500
Garden City, NY 11530


Bank of America
P.O Box 21848
Greensboro, NC 27420

Bank of America
P.O Box 26075
Greensboro, NC 27420


Bank of America
P.O Box 15026
Wilmington, DE 19850


Bank of America
P.O Box 15710
DE 19888


Bank of America
Countrywide Home Loans
Van Nuys, CA 91410


Bank of America (Golf Digest)
P.O Box 15726
Wilmington, DE 19886


Bank of America, N.A.
Bankruptcy Department
450 American Street
Simi Valley, CA 93065


Baron's Creditor's Services Corp.
155 Revere Drive
Suite 9
Northbrook, IL 60062


Bayview Loan Servicing, LLC
5th Floor Mail Room
4425 Ponce De Leon Blvd
Miami, FL 33146


Blatt, Hasenmiller, Leibsker & Moor
125 S. Wacker Dr., Suite 400
Chicago, IL 60606


BMO Harris Bank
P.O Box 94034
Palatine, IL 60094

Capital Management Services, LP
726 Exchange Street
Buffalo, NY 14210


Capital One
P.O Box 30285
Salt Lake City, UT 84130


Car & Lippincott
700 Lavaca Street
Suite 1030
Austin, TX 78701


CCB
5300 S. 6th Street
Springfield, IL 62703


CFC Defiency Recover
5225 Crooks Road
Suite 140
Troy, MI 48098


Chase
JPMorgan Chase Bank, NA
PO Box 659754
San Antonio, TX 78265


Chase Bank
P.O Box 15153
Wilmington, DE 19886


Chicago Title
171 N. Clark
MLC 2NW
Chicago, IL 60601


Cimco
1901 S. Meyers Road
Suite 700
Villa Park, IL 60181


Citi Card
Box 6500
Sioux Falls, SD 57117

Citibank
P.O Box 183042
Columbus, OH 43218


Citibank South Dakota
PO Box 6000
Sioux Falls, SD 57117


Client Services, Inc.
3451 Harry Truman Blvd
Saint Charles, MO 63301


CMI
P.O Box 28851
Philadelphia, PA 19151


CMIT Solutions of Chicagoland North
825 S. Waukegan
Lake Forest, IL 60045


Coman & Anderson P.C.
2525 Cabot Drive
Suite 300
Lisle, IL 60532


Countrywide
450 American Street
Simi Valley, CA 93065


Credit Control, LLC
245 East Roselawn Avenue
Suite 25-26
Saint Paul, MN 55117


David Drake
6567 Round Lake Road
Presque Isle, WI 54557


Dell Financial Services
P.O Box 5292
Carol Stream, IL 60197


Deutsche Bank National Trust Compan
222 S. Riverside Plaza
Chicago, IL 60606

Diversified Collection Services, In
333 North Canyons Parkway
Suite 100
Livermore, CA 94551


E-Trade Financial
125 S. Wacker Drive
Suite 100
Chicago, IL 60606


E-Trade Financial
125 W. Wacker Dr., Suite 100
Chicago, IL 60606


Encore
P.O Box 47248
Oak Park, MI 48237


ER Solution, Inc.
80 SW 19th Street
Renton, WA 98057


ER Solutions
P.O Box 6030
Hauppauge, NY 11788


Fidelity National Credit
P.O Box 3051
Orange, CA 92857


Financial Asset Management Systems
P.O Box 451409
Atlanta, GA 31145


Financial Recovery Services, Inc.
P.O Box 385908
Minneapolis, MN 55438


First Communications Company
200 East Randolph Street
Suite 2300
Chicago, IL 60601

First Horizon
P.O Box 132
Memphis, TN 38101


Fisher & Shapiro LLC
2121 Waukegan Rd
Ste 301
Bannockburn, IL 60015


Fosco Fuller Roselund PC
1156 Shure Drives
Suite 140
Arlington Heights, IL 60004


Frederick J. Hanna & Associates
1427 Roswell Road
Marietta, GA 30062


Fullet Rosenlind Anderson P.C.
430-440 Telser Road
Lake Zurich, IL 60047


Globalcom
200 East Randolph
Suite 2300
Chicago, IL 60601


GMAC Mortgage
P.O Box 50704
Waterloo, IA 50704


GMAC Mortgage
P.O Box 4622
Waterloo, IA 50704


GMAC Mortgage Co.
3451 Hammond Avenue
P.O Box 780
Waterloo, IA 50704


Greenpoint Mortgage
2300 Brookstone Centre Parkway
Columbus, GA 31904

Hanson, Timothy M.S.
666 Dundee Road
Northbrook, IL 60062


Harlan Accola
211 S. Central Avenue
suite 101
Avon, SD 57315


Harris Bank
P.O Box 94033
Palatine, IL 60067


Hinshaw & Culbertson LLP
100 Park Avenue
Rockford, IL 61101


Homeward Residential
American Home Mortgage
P.O Box 631730
Irving, TX 75063


IC Commercial Services
4012 Gunn HWY
Suite 250
Tampa, FL 33618


Jay K Levy Associates
155 Revere Drive
Suite 2
Northbrook, IL 60062


Jeffrey C. McDaniel, Brooks Law Fir
3725 Blackhawk Road
Suite 200
Rock Island, IL 61201


John White
4313 Goldfinch Circle
Middleton, WI 53562


Jones and Jacobs Law Offices
77 W. Washington Street
Suite 2100
Chicago, IL 60602

Josh Kilty
211 S. Central Avenue
Suite 101
Avon, SD 57315


Lake Forest Bank & Trust
727 N. Bank Lane
Lake Forest, IL 60045


Ledford & Wu
200 S. Michigan Avenue
Suite 209
Chicago, IL 60604


LTD Financial Services, L.P.
7322 Southwest Freeway
Suite 1600
Houston, TX 77074


Maureen A. Maffei
Coman & Anderson P.C.
650 Warrenville Road, Suite 500
Lisle, IL 60532


Mercantile Adjustment Bureau, LLC
P.O Box 9016
Williamsville, NY 14231


Merchants Service
P.O Box 9599
Knoxville, TN 37940


Meridian HOA
630 Trade Center Drive
Suite 100
Las Vegas, NV 89119


Meridian Private Res Home Owners
250 East Flamingo Road
Las Vegas, NV 89169


Milwaukee Circuit Courts
901 N. 9th Street
Milwaukee, WI 53233

Monco Law Office
P.O Box 1641
Brookfield, WI 53008


National Default Servicing Corporat
2525 E. Camelback Road
Suite 200
Phoenix, AZ 85016


NCO Financial Systems, Inc.
4740 Baxter Road
Virginia Beach, VA 23462


Nelson, Watson & Associates, LLC
80 Merrimack Street Lower Level
Haverhill, MA 01830


North Shore Cardiologists
2151 Waukegan Road
Suite 100
Deerfield, IL 60015


Northstar Location Services
4285 Genesse Street
Buffalo, NY 14225


Ocwen Loan Servicing, LLC
3451 Hammond Avenue
Waterloo, IA 50704


Paul Massey/Alan S. Kaufman
Fisher and Shapiro
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015


Payment Remittance Center
P.O Box 54349
Los Angeles, CA 90054


Pierce & Associates
One North Dearborn St., Suite 1300
Chicago, IL 60602

Portfolio Recovery Associates, LLC
P.O Box 12914
Norfolk, VA 23541


Pride Acquisitions
100 Garden City Plaza
Suite 500
Garden City, NY 11530


Principal Bank
Principal Financial Group
P.O Box 9351
Des Moines, IA 50306


Quality Loan Servicing Corp
2141 5th Avenue
San Diego, CA 92101


RGS Financial
P.O Box 2149
Addison, TX 75001


River City Condo Association
P.O Box 66607
Chicago, IL 60666


River City Private Residences
800 S. Wells
Suite 105
Chicago, IL 60607


Robin M. Tarantur Trust
c/o Dale Tarantur
1020 Indian Road
Glenview, IL 60025


Robin M. Tarantur Trust
c/o Dale Tarantur
1701 E. Lake Avenue
Glenview, IL 60025


Saxon Mortgage Service
4708 Mercantile Drive North
Fort Worth, TX 76137

Scott Baldwin
13630 Ash Hollow Crossing Road
Poway, CA 92064


Scott H. Kenig, Esq.
Randall & Kenig LLP
455 North Cityfront Plaza, Ste 2510
Chicago, IL 60611


Scott W. Spaulding
325 Washington Street
Suite 200
Waukegan, IL 60085


Silver State Mortgage
P.O Box 230220
Las Vegas, NV 89105


Swid Law Offices
415 Orbiting Drive
Suite A
Mosinee, WI 54455


Synergetic Communication Inc.
2700 E. Seltice Way
Suite #4
Post Falls, ID 83854


TD Auto Finance
P.O Box 9223
Farmington, MI 48333


The Talbots Inc.
175 Real Street
Hingham, MA 02043


United Guaranty
230 N. Elm Street
Greensboro, NC 27401


US Bank
PO Box 790179
Saint Louis, MO 63179-0179

Valentine & Kebartas, Inc.
P.O Box 325
Lawrence, MA 01842


Vernon Square Condo Association
224 S. Milwaukee Avenue
Suite A
Wheeling, IL 60090


Waterstone Mortgage Corporation
1133 Quail Court
Pewaukee, WI 53072


Wells Fargo
P.O Box 94423
Albuquerque, NM 87199


Wells Fargo Bank, N.A.
P.O Box 29746
Phoenix, AZ 85038


Whitfield & Eddy P.L.C.
317 Sixth Avenue
Suite 1200
Des Moines, IA 50309


Zalutsky  & Pinski, LTD.
20 North Clark Street
Suite 600
Chicago, IL 60602